IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:05CR274-A |
| v. | ) | [18 U.S.C. 2113(a)] |
| | ) | |
| JAY RICHARD BRANTLY | ) | INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about February 9, 2005, in Houston County, within the Middle District of Alabama,

JAY RICHARD BRANTLY,

defendant herein, by force, violence, and intimidation, did take from the person and presence of another approximately $3,471, belonging to and in the care, custody, control, management, and possession of SouthTrust Bank, 3501 Montgomery Highway, Dothan, Alabama, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).


_____
LEURA GARRETT CANARY
United States Attorney

_____
K. David Cooke, Jr.
Assistant United States Attorney