In the United States District Court

for the __MIDDLE__ District of __ALABAMA__

United States of America

v.

JAY RICHARD BRANTLEY

RECEIVED

2005 NOV 28 P 2: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Criminal No. 1:05cr274-A

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __JAY RICHARD BRANTLEY__, defendant, have been informed that an __Information__ (~~indictment~~, *information*, ~~complaint~~) is pending against me in the above designated cause. I wish to plead __GUILTY__ (*guilty*, ~~nolo contendere~~) to the offense charged, to consent to the disposition of the case in the __SOUTHERN__ District of __MISSISSIPPI__ in which I __AM HELD__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __4-26__, 19__05__ at __3:00 p.m.__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

__DUNN LAMPTON__ /AUSA
FOR United States Attorney for the
__SOUTHERN__ District of
__MISSISSIPPI__

Asst. United States Attorney for the
__MIDDLE__ District of
__ALABAMA__

FORM USA-153
SFP 82